# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

John and Sherri Lucas

**NOTICE OF SUBSTITUTION OF COUNSEL**

CHAPTER 13
CASE NO. 4-10-bk 10240

## TO THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA:

Please take notice that the undersigned appears as counsel for John & Sherri Lucas, the Debtors in the above captioned matter. I am entering in my appearance in substitution of True & Walsh, LLP and Attorney Shaltiel of Shaltiel & Blumenreich Law, LLC.

Dated: August 29, 2013

KENNETH P. SEITZ, ESQ.
Court ID: 81666
Law offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470

CC:  Sally True, Esq.
True & Walsh, LLP
950 Danby Road, Suite 310
Ithaca, NY 14850

Yifat Shaltiel, Esq.
Shaltiel & Blumenreich Law, LLC
417 North Cayuga Street
Ithaca, NY 14850

1